**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY L. DAVIS,<br><br>            Plaintiff,<br><br>    v.<br><br>V. ESCARCEGA, et al.,<br><br>            Defendants. | No. 2:22-CV-1433-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On August 19, 2022, the Court directed Plaintiff to resolve the fee status for this case within 30 days. As of September 28, 2022, Plaintiff had not complied and the Court issued findings and recommendations that this action be dismissed for lack of prosecution and failure to comply with court rules and orders. On October 5, 2022, Plaintiff filed an application for leave to proceed in forma pauperis. Good cause appearing therefore, the September 28, 2022, findings

/ / /

/ / /

/ / /

/ / /

/ / /

1

and recommendations are vacated.  Plaintiff's application for leave to proceed in forma pauperis will be addressed separately.

        IT IS SO ORDERED.

Dated:  November 15, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE